ERIN KOLTER - SBN 261452
kolter.erin@dorsey.com

DORSEY & WHITNEY LLP
Columbia Center
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
Telephone:   (206) 903-8800
Facsimile:    (206) 903-8820

Attorneys for Plaintiff TRADE ASSOCIATES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES

| | |
|---|---|
| TRADE ASSOCIATES, INC., | CASE NO. 2:26-cv-5600 |
| Plaintiff, | COMPLAINT FOR PATENT INFRINGEMENT AND VIOLATION OF THE LANHAM ACT |
| v. | |
| BIOLOGIX USA, INC., | |
| Defendant. | |

Plaintiff Trade Associates, Inc. ("Plaintiff" or "Trade Associates"), by its attorneys, hereby alleges against Defendant Biologix USA, Inc. ("Defendant" or "Biologix") as follows:

## INTRODUCTION

1.     This is an action for patent infringement under the Patent Laws of the United States, 35 U.S.C. § 1 *et seq.* Trade Associates alleges that Biologix has infringed and continues to infringe three Trade Associates patents: U.S. Patent Nos. 9,731,403 (the "'403 Patent"); 9,427,847 (the "'847 Patent"); and 11,292,103 (the "'103 Patent") (collectively, the "Trade Associates Patents"), copies of which are attached hereto as Exhibits 1-3, respectively.

2.     This is also an action for violation of the Lanham Act, 15 U.S.C. § 1125(a). The Infringing Sanding Blocks described below do not include a designation

of a country of origin on them in violation of the Tariff Act, 19 U.S.C. § 1304, and the existence of a Tariff Act violation for failing to properly designate country of origin establishes a likelihood of deception or confusion on the part of the buying public as to the national origin of the infringing products.

3.     Trade Associates seeks damages, injunctive relief, and other relief for Biologix's infringement of the Trade Associates Patents and for Biologix's violation of the Lanham Act.

## I.     THE PARTIES

4.     Trade Associates is a Washington Corporation with its principal place of business at 6324 S 199th Pl, Suite 101, Kent, Washington, 98032.

5.     Biologix is a Wisconsin corporation with its principal place of business at 931 Via Alondra, Camarillo, California 93012. Biologix has designated Wang H. Jiang, 10555 86th Ave., Pleasant Prairie, Wisconsin 53158 as its agent for service of process.

## II.     JURISDICTION AND VENUE

6.     The Court has subject matter jurisdiction over the patent causes of action under 28 U.S.C. § 1338, in that this action arises under federal statute, the patent laws of the United States (35 U.S.C. §§ 1, *et seq.*).

7.     The Court has subject matter jurisdiction over the Lanham Act claim pursuant to 15 U.S.C. § 1121, 28 U.S.C. § 1331, and 28 U.S.C. § 1338(a) and (b).

8.     Biologix is subject to this Court's personal jurisdiction in this Court because its principal place of business is within this District.

9.     Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391(b) and (c) and/or 1400(b). Biologix is subject to personal jurisdiction, and a substantial part of the events or omissions giving rise to the claim occurred, in this District.  Biologix has committed acts of infringement and has a regular and established place of business in this District.

### III.　FACTUAL BACKGROUND

#### A.　The Trade Associates Patents

10.　Trade Associates was founded over forty years ago by William Turnbull in Kent, Washington. Trade Associates designs, develops, manufactures, markets, and sells products to the automobile refinishing and restoration industry. These products include a suite of sanding blocks for hand-sanding automotive and marine finishes sold under the Dura-Block® name:



The Dura-Block® sanding blocks conform to the contours of the sanding surface yet have a hard-enough surface not to dig into fill material. Trade Associates sells its Dura-Block® sanding blocks through its own website (https://www.dura-block.com/) and to authorized distributors.

11.　Traditional sanding blocks are wood or cork blocks with one smooth, flat side adapted to receive sandpaper around its exterior. Other sanding blocks are made of rubber or other resilient material and use holding clamps, sharp teeth or clips to secure sandpaper along the exterior. Although these traditional sanding blocks are widely used on flat surfaces, their use on curved surfaces is problematic. In particular, traditional sanding blocks have relatively large flat sandpaper support surfaces, which do not conform to the shape of curved surfaces. Use of such sanding blocks on curved surfaces often results in uneven sanding, because these blocks are not pliable to the curvature of the surface being sanded, and because excessive pressure

is often applied to some portions of the surface being sanded. The application of excessive pressure may result in over-sanding and rapid deterioration of the sandpaper, which may also damage the underlying surface being smoothed or polished.

12.     Sanding blocks are frequently used in the automobile repair industry for sanding both flat and curved surfaces. For instance, sanding of automobile bodies prior to repainting involves both flat and curved surfaces of the automobiles. Given this constantly evolving industry, automobiles have numerous designs, each unique and different from the other. Some automobile body parts are relatively smooth with slight curvatures, and thus are difficult to sand evenly. Conventional sanding blocks result in a rippling effect along such sanded surfaces. Conversely, other body parts in an automobile are flat, but nevertheless require sanding without damaging the adjoining curved areas. This necessitates a need for sanding blocks that are readily conformable to flat as well as curved surfaces. The Trade Associates Patents disclose compositions and methods of manufacturing sanding blocks that are readily conformable to curved as well as flat surfaces, and this technology is incorporated into Trade Associate's successful and innovative Dura-Block® products.

13.     Trade Associates solely owns all rights, titles, and interests in and to the Trade Associates Patents, including exclusive rights to bring suit with respect to any past, present, and future infringement thereof.

14.     The '403 Patent, titled "Hand-Held Conformable Sanding Block," was duly and legally issued on August 15, 2017, from a patent application filed August 26, 2016, and is assigned to Trade Associates. The '403 Patent claims priority to U.S. Provisional Patent Application No. 61/709,048, filed on October 2, 2012.

15.     The '847 Patent, titled "Hand-Held Conformable Sanding Block," was duly and legally issued on August 30, 2016, from a patent application filed October 2, 2013, and is assigned to Trade Associates. The '847 Patent claims priority to U.S. Provisional Patent Application No. 61/709,048, filed on October 2, 2012.

16. The '103 Patent, titled "Hand-Held Conformable Sanding Block," was duly and legally issued on April 5, 2022, from a patent application filed December 19, 2017, and is assigned to Trade Associates. The '103 Patent claims priority to U.S. Provisional Patent Application No. 61/709,048, filed on October 2, 2012.

17. Trade Associates affixes its patented products with the aforementioned patent numbers.

**B.    Defendant's Infringement and Alter Ego**

18. Biologix has directly infringed and continues to infringe one or more claims of each of the Trade Associates Patents in violation of 35 U.S.C. § 271. The infringing products are exemplified by and include, but are not limited to, sanding block that are sold by, on behalf of, or through Biologix, including through ecommerce platforms such as Amazon and eBay (the "Infringing Sanding Blocks"). Screenshots of example eBay and Amazon webpages reflecting that Biologix has listed the Infringing Sanding Blocks for sale are attached hereto as Exhibits 4, 5, and 6, respectively.

19. Biologix systematically utilizes a series of entities in its scheme to infringe the Trade Associates Patents in order to attempt to avoid liability.

20. Biologix is listed as owner of the word mark "DROSO KING," registered with the U.S. Patent and Trademark Office.[1] Biologix's website lists DrosoKing as one of its brands.[2]

21. The "DROSO KING" Amazon store[3] previously sold Infringing Sanding Blocks until Trade Associates reported the infringement through the Amazon Patent Evaluation Express program ("APEX") (*see* Exhibits 5 and 6).

22. The seller associated with the "DROSO KING" Amazon store, which presently sells Biologix- and DrosoKING-branded products, is Constar International

[1] U.S. Trademark Reg. No. 7520075.
[2] https://biologixusa.com/about.
[3] https://www.amazon.com/stores/DROSOKING/page/3D21959E-FA80-479C-9034-9394D4E87AA0.

LLC ("Constar").

23.    Constar is located at the same address as Biologix.  The California Secretary of State ("SOS") identifies Constar's agent as XUELIN LI—the name of the same agent the SOS lists for Biologix Group Ltd. ("Biologix Group")—and is located at the same address as Biologix.

24.    When counsel for Trade Associates obtained sample Infringing Sanding Blocks from the DrosoKing eBay store, the package's shipping label listed the shipper as Novatek LLC ("Novatek"), while the box was labeled "Biologix."  The SOS identifies Novatek's agent as XUELIN LI and at the same address as Biologix.

25.    On information and belief, XUELIN LI is officer or principal of each of Biologix, Biologix Group, Constar, Novatek, and other entities, and XUELIN LI dominates and controls the same. XUELIN LI is the only publicly-named employee on Biologix's LinkedIn page.[4] XUELIN LI comingles assets of these entities and uses them interchangeably to sell and offer for sale, and on information and belief import, Infringing Sanding Blocks, despite awareness of Trade Associates' Patents.

26.    On information and belief, Biologix, Biologix Group, Constar, Novatek, and other of XUELIN LI's entities operate with insufficient funds to meet prospective debts and liabilities, and other formalities of the entities are disregarded.

27.    On information and belief, XUELIN LI uses assets of these entities as personal property.

28.    Liability for the acts and omissions of each of these individuals and entities applies to the other under at least the principals of alter ego liability.

29.    Despite having its principal place of business in the State of California, Biologix is not registered with the SOS.  As principal, XUELIN LI is personally liable for the acts and omissions of Biologix.

**C.    Trade Associates Provided Biologix Actual Notice of Infringement**

30.    On or about August 27, 2025, and September 23, 2025, respectively,

---

[4] https://www.linkedin.com/company/biologix-usa/people/.

Trade Associates initiated two APEX requests against listings for Infringing Sanding Blocks sold from the "DROSO KING" Amazon store, identifying infringement of the '403 Patent in each (collectively, "APEX Submissions").

31.    Shortly following the APEX Submissions, Amazon took down the listings due to infringement.

32.    On information and belief, when Amazon took down each listing, it sent an email notification to one or more of Biologix, Constar, Novatek, XUELIN LI, or another entity of XUELIN LI.

33.    On information and belief, each email notification identified the '403 Patent as infringed.

34.    Despite actual knowledge of infringement, one or more of Biologix, Constar, Novatek, XUELIN LI, or another entity of XUELIN LI continued to infringe, including by continued sales through eBay.  Without the intent to continue infringing activity despite knowledge of the Trade Associates Patents, Biologix, Constar, Novatek, XUELIN LI, and any other entity of XUELIN LI would have ceased such activity after Trade Associates submitted its first APEX Submission.

## IV.    COUNT I
## INFRINGEMENT OF U.S. PATENT NO. 9,731,403

35.    Trade Associates incorporates by reference the preceding paragraphs as if fully set forth herein.

36.    Biologix has directly infringed and continues to infringe one or more claims of the '403 Patent in violation of 35 U.S.C. § 271. The infringing products include the Infringing Sanding Blocks.

37.    The Infringing Sanding Blocks directly infringe at least claims 6 and 12 of the '403 Patent, as described in Paragraphs 38 – 50 below by way of an exemplary Infringing Sanding Block. Trade Associates' allegations of infringement are not limited to claims 6 and 12, and additional infringed claims will be identified and disclosed through discovery and infringement contentions.

38.   Claim 6 of the '403 Patent recites:

6. An elastomeric sanding block conformable to curved or flat surfaces, wherein the elastomeric sanding block has a Shore A hardness ranging from about 30 to about 90, and wherein the elastomeric sanding block is made from a composition comprising:

a polymeric component, the polymeric component consisting of ethylene-vinyl acetate copolymer, wherein ethylene-vinyl acetate copolymer is in an amount that ranges from about 35 to about 70 percent of the composition by weight; and

a blowing agent in an amount that ranges from about 1.5 to about 4.5 percent of the composition by weight.

39.   The Infringing Sanding Block is an elastomeric sanding block conformable to curved or flat surfaces.

• 【7PCS Sanding Block Kit】 The sanding block kit includes 7 blocks in different sizes, providing the flexibility to tackle a wide range of sanding tasks—from flat surfaces to curved edges. Very suitable for wood, gypsum board, car body, metal, etc, can meet your different sanding needs

Ex. 5 at 1; Ex. 6 at 1.

40.   The Infringing Sanding Block has a Shore A hardness of $46 \pm 2$.

41.   The Infringing Sanding Block is made from a composition a polymeric component comprising a polymeric component, the polymeric component consisting of ethylene-vinyl acetate copolymer.

42.   On information and belief, the polymeric component is in an amount that ranges from about 35 to about 70 percent of the composition of the Infringing Sanding Block by weight. A percentage outside of a range of about 35 to about 70 percent for the polymeric component  by weight would materially impact the Infringing Sanding Block's physical properties, such that it would not be conformable to curved or flat surfaces. That is, a percentage outside of a range of about 35 to about 70 percent would not allow the Infringing Sanding Block a "the flexibility to tackle a wide range of sanding tasks" and would not have the requisite

Shore A hardness.

43. On information and belief, the composition of the Infringing Sanding Block comprises a blowing agent in an amount that ranges from about 1.5 to about 4.5 percent of the composition by weight. Compositions used to make foam products such as the Infringing Sanding Block must necessarily include a blowing agent. A percent blowing agent outside of the claimed range of about 1.5 to about 4.5 percent of the composition by weight would materially impact the physical properties of the Infringing Sanding Block, such that the Infringing Sanding Block would not have "the flexibility to tackle a wide range of sanding tasks" and would not have the requisite Shore A hardness.

44. Claim 12 of the '403 Patent recites:

> 12. A method for manufacturing an elastomeric sanding block conformable to curved or flat surfaces, comprising the steps of:
>
> providing a composition comprising a polymeric component, the polymeric component consisting of ethylene-vinyl acetate copolymer, wherein the ethylene-vinyl acetate copolymer is in an amount that ranges from about 35 to about 70 percent of the composition by weight;
>
> combining the ethylene-vinyl acetate copolymer with a blowing agent under heat to yield a feedstock;
>
> thermoforming the feedstock in a mold to yield a foamed material sheet; and
>
> cutting the foamed material sheet to yield the elastomeric sanding block.

45. The Infringing Sanding Block is an elastomeric sanding block conformable to curved or flat surfaces.

- 【7PCS Sanding Block Kit】 The sanding block kit includes 7 blocks in different sizes, providing the flexibility to tackle a wide range of sanding tasks—from flat surfaces to curved edges. Very suitable for wood, gypsum board, car body, metal, etc, can meet your different sanding needs

Ex. 5 at 1; Ex. 6 at 1

46.    On information and belief, manufacturing the Infringing Sanding Block included a composition comprising a polymeric component, the polymeric component consisting of ethylene-vinyl acetate copolymer, wherein the ethylene-vinyl acetate copolymer is in an amount that ranges from about 35 to about 70 percent of the composition by weight. A percentage outside of a range of about 35 to about 70 percent for the polymeric component by weight would materially impact the Infringing Sanding Block's physical properties, such that it would not be conformable to curved or flat surfaces. That is, a percentage outside of a range of about 35 to about 70 percent would not allow the Infringing Sanding Block "the flexibility to tackle a wide range of sanding tasks."

47.    On information and belief, manufacturing the Infringing Sanding Block included combining the ethylene-vinyl acetate copolymer with a blowing agent under heat to yield a feedstock. Yielding a feedstock is a required step for foam products such as the Infringing Sanding Block. Compositions used to make foam products such as the Infringing Sanding Block must necessarily include a blowing agent in the feedstock.

48.    On information and belief, manufacturing the Infringing Sanding Block included thermoforming the feedstock in a mold to yield a foamed material sheet and cutting the foamed material sheet to yield the elastomeric sanding block. The Infringing Sanding Block possesses a textured pattern on top and vertical striations on the sides, which would not be present but for these process steps.

49.    Biologix's infringement of the '403 Patent has damaged and will continue to damage Trade Associates.

50.    On information and belief, Biologix's infringement of the '403 Patent has been willful because it knew of the '403 Patent and the infringement as of at least on or around August 27, 2025, and continues to infringe by, for example, importing, selling, and/or offering to sell the Infringing Sanding Block.

## V.　COUNT II

## INFRINGEMENT OF U.S. PATENT NO. 9,427,847

51.　Trade Associates incorporates by reference the preceding paragraphs as if fully set forth herein.

52.　Biologix has directly infringed and continues to infringe one or more claims of the '847 Patent in violation of 35 U.S.C. § 271.

53.　The Infringing Sanding Blocks directly infringe at least claims 1 and 6 of the '847 Patent, as described in Paragraphs 54 – 68 below by way of an exemplary Infringing Sanding Block. Trade Associates' allegations of infringement are not limited to claims 1 and 6, and additional infringed claims will be identified and disclosed through discovery and infringement contentions.

54.　Claim 1 of the '847 Patent recites:

> 1. An elastomeric sanding block conformable to curved or flat surfaces, wherein the elastomeric sanding block has a Shore A hardness ranging from about 30 to about 90, and wherein the elastomeric sanding block is made from a composition comprising:
>
>> an admixture of about 70 to about 90 weight percent of an ethylene-vinyl acetate copolymer and about 10 to about 30 weight percent of a low-density polyethylene homopolymer, wherein the admixture is in an amount that ranges from about 35 to about 70 weight percent of the composition;
>>
>> a blowing agent in an amount that ranges from about 1.5 to about 4.5 weight percent of the composition; and
>>
>> a pigment in an amount of about 5 weight percent to about 18 weight percent of the composition.

55.　The Infringing Sanding Blocks are elastomeric sanding blocks conformable to curved or flat surfaces.

- 【7PCS Sanding Block Kit】The sanding block kit includes 7 blocks in different sizes, providing the flexibility to tackle a wide range of sanding tasks—from flat surfaces to curved edges. Very suitable for wood, gypsum board, car body, metal, etc, can meet your different sanding needs

Ex. 5 at 1; Ex. 6 at 1.

56. The Infringing Sanding Blocks have a Shore A hardness of $46 \pm 2$.

57. The composition of the Infringing Sanding Blocks comprise an ethylene-vinyl acetate copolymer and a low-density polyethylene homopolymer.

58. On information and belief, the composition of the Infringing Sanding Blocks comprise an admixture of about 70 to about 90 weight percent of an ethylene-vinyl acetate copolymer and about 10 to about 30 weight percent of a low-density polyethylene homopolymer, wherein the admixture is in an amount that ranges from about 35 to about 70 weight percent of the composition. Percentages outside of the above ranges would materially impact the Infringing Sanding Blocks' physical properties, such that they would not be conformable to curved or flat surfaces. That is, percentages outside of these ranges would not allow the Infringing Sanding Blocks "the flexibility to tackle a wide range of sanding tasks" and would not have the requisite Shore A hardness.

59. On information and belief, the composition of the Infringing Sanding Blocks comprises a blowing agent in an amount that ranges from about 1.5 to about 4.5 percent of the composition by weight. Compositions used to make foam products such as the Infringing Sanding Blocks must necessarily include a blowing agent. A percent blowing agent outside of the claimed range of about 1.5 to about 4.5 percent of the composition by weight would materially impact the physical properties of the Infringing Sanding Blocks, such that the blocks would not be conformable to curved or flat surfaces or have the requisite Shore A hardness.

60. On information and belief, the composition of the Infringing Sanding Blocks comprises a pigment in an amount that ranges from about 5 weight percent to about 18 weight percent of the composition. Compositions used to make foam products such as the Infringing Sanding Blocks must necessarily include a pigment. A percentage outside of a range of about 5 percent to about 18 percent by weight would materially impact the physical properties of the Infringing Sanding Blocks,

such that the blocks would not be conformable to curved or flat surfaces or have the requisite Shore A hardness.

61.   Claim 6 of the '847 Patent recites:

6. A method for manufacturing an elastomeric sanding block conformable to curved or flat surfaces, comprising the steps of:

forming a composition comprising the steps of:

forming an admixture comprising

about 70 to about 90 weight percent of an ethylene-vinyl acetate copolymer and about 10 to about 30 weight percent of a low-density polyethylene homopolymer, wherein the admixture is in an amount that ranges from about 35 to about 70 weight percent of the composition; and

combining the admixture with a pigment in an amount of about 5 percent to about 18 weight percent of the composition;

combining the composition with a blowing agent under heat to yield a feedstock;

thermoforming the feedstock in a mold to yield a foamed material sheet; and

cutting the foamed material sheet to yield the elastomeric sanding block.

62.   The Infringing Sanding Blocks are elastomeric sanding blocks conformable to curved or flat surfaces. *See, e.g.*, Ex. 5 at 1; Ex. 6 at 1.

63.   Manufacturing the Infringing Sanding Blocks included forming an admixture comprising an ethylene-vinyl acetate copolymer and a low-density polyethylene homopolymer.

64.   On information and belief, manufacturing the Infringing Sanding Blocks included forming a composition comprising forming an admixture comprising about 70 to about 90 weight percent of an ethylene-vinyl acetate copolymer and about 10 to about 30 weight percent of a low-density polyethylene homopolymer, wherein the admixture is in an amount that ranges from about 35 to about 70 weight percent of the composition. Percentages outside of these ranges

would materially impact the Infringing Sanding Blocks, such that they would not be conformable to curved or flat surfaces.

65.     On information and belief, manufacturing the Infringing Sanding Blocks included forming a composition comprising combining the admixture with a pigment in an amount of about 5 percent to about 18 weight percent of the composition. Compositions used to make foam products such as the Infringing Sanding Blocks must necessarily include a pigment. A percentage outside of a range of about 5 percent to about 18 percent by weight would materially impact the physical properties of the Infringing Sanding Blocks, such that the blocks would not be conformable to curved or flat surfaces.

66.     On information and belief, manufacturing the Infringing Sanding Blocks included combining admixture with a blowing agent under heat to yield a feedstock. Yielding a feedstock is a required step for foam products such as the Infringing Sanding Blocks. Compositions used to make foam products such as the Infringing Sanding Blocks must necessarily include a blowing agent.

67.     On information and belief, manufacturing the Infringing Sanding Blocks included thermoforming the feedstock in a mold to yield a foamed material sheet and cutting the foamed material sheet to yield the elastomeric sanding block. The Infringing Sanding Blocks possess a textured pattern on top and vertical striations on the sides, which would not be present but for these process steps.

68.     Biologix's infringement of the '847 Patent has damaged and will continue to damage Trade Associates.

## VI.    COUNT III

### INFRINGEMENT OF U.S. PATENT NO. 11,292,103

69.     Trade Associates incorporates by reference the preceding paragraphs as if fully set forth herein.

70.     Biologix has directly infringed and continues to infringe one or more claims of the '103 Patent in violation of 35 U.S.C. § 271. The infringing products

include the Infringing Sanding Blocks.

71. The Infringing Sanding Blocks directly infringe at least claim 1 of the '103 Patent, as described in Paragraphs 72 – 79 below by way of an exemplary Infringing Sanding Block. Trade Associates' allegations of infringement are not limited to claim 1, and additional infringed claims will be identified and disclosed through discovery and infringement contentions.

72. Claim 1 of the '103 Patent recites:

> 1. An elastomeric sanding block conformable to curved or flat surfaces, wherein the elastomeric sanding block has a Shore A hardness ranging from about 30 to about 90, and wherein the elastomeric sanding block is made from a composition comprising:
>
> an admixture of about 70 to about 90 weight percent of an ethylene-vinyl acetate copolymer, about 10 to about 30 weight percent of a low-density polyethylene homopolymer, and a metallocene catalyzed ethylene-α-olefin copolymer, wherein the admixture is in an amount that ranges from about 35 to about 70 weight percent of the composition;
>
> a filler in an amount that ranges from about 25 to about 60 weight percent of the composition; and
>
> a pigment in an amount of 5 weight percent to about 18 weight percent of the composition, wherein the pigment is carbon.

73. The Infringing Sanding Blocks are elastomeric sanding blocks conformable to curved or flat surfaces.

- 【7PCS Sanding Block Kit】The sanding block kit includes 7 blocks in different sizes, providing the flexibility to tackle a wide range of sanding tasks—from flat surfaces to curved edges. Very suitable for wood, gypsum board, car body, metal, etc, can meet your different sanding needs

Ex. 5 at 1; Ex. 6 at 1.

74. The Infringing Sanding Blocks have a Shore A hardness of $46 \pm 2$.

75. The composition of the Infringing Sanding Blocks comprise an admixture comprising a ethylene-vinyl acetate copolymer, a low-density polyethylene homopolymer, and an ethylene-a-olefin copolymer. On information and

belief, metallocene was used to catalyze the ethylene-a-olefin copolymer.

76. On information and belief, the composition of the Infringing Sanding Blocks comprise an admixture of about 70 to about 90 weight percent of an ethylene-vinyl acetate copolymer, about 10 to about 30 weight percent of a low-density polyethylene homopolymer, and a metallocene catalyzed ethylene-a-olefin copolymer, wherein the admixture is in an amount that ranges from about 35 to about 70 weight percent of the composition. Percentages outside of the above ranges would materially impact the Infringing Sanding Blocks' physical properties, such that they would not be conformable to curved or flat surfaces. That is, percentages outside of these ranges wound not allow the Infringing Sanding Blocks "the flexibility to tackle a wide range of sanding tasks" and would not have the requisite Shore A hardness.

77. On information and belief, the composition of the Infringing Sanding Blocks comprises a filler in an amount that ranges from about 25 to about 60 weight percent of the composition. Compositions used to make foam products such as the Infringing Sanding Blocks must necessarily include a filler. A percent filler outside of the claimed range of about 1.5 to about 4.5 percent of the composition by weight would materially impact the physical properties of the Infringing Sanding Blocks, such that the blocks would not be conformable to curved or flat surfaces or have the requisite Shore A hardness.

78. On information and belief, the composition of the Infringing Sanding Blocks comprises a pigment in an amount that ranges from about 5 weight percent to about 18 weight percent of the composition, which pigment is carbon. Compositions used to make foam products such as the Infringing Sanding Blocks must necessarily include a pigment. A percentage outside of a range of about 5 percent to about 18 percent by weight would materially impact the physical properties of the Infringing Sanding Blocks, such that the blocks would not be conformable to curved or flat surfaces or have the requisite Shore A hardness. The color of the Infringing Sanding Blocks indicates that the pigment is carbon.

79.   Biologix's infringement of the '103 Patent has damaged and will continue to damage Trade Associates.

## VII.   COUNT IV

## FEDERAL UNFAIR COMPETITION AND FALSE DESIGNATION OF ORIGIN

## (LANHAM ACT § 43, 15 U.S.C. § 1125(A))

80.   Trade Associates incorporates by reference the preceding paragraphs as if fully set forth herein.

81.   The Infringing Sanding Blocks do not designate a country of origin in violation of the Tariff Act, 19 U.S.C. § 1304. On information and belief, the Infringing Sanding Blocks are imported into the United States by Biologix.

82.   The Tariff Act requires that imported goods be marked in such a manner as to indicate to an ultimate purchaser in the United States the English name of the country of origin of the article.

83.   The existence of a Tariff Act violation for failing to properly designate country of origin establishes a likelihood of deception or confusion on the part of the buying public as to the national origin of the Infringing Sanding Blocks.

84.   As a result of the foregoing actions of Biologix, Biologix has been unjustly enriched, and Trade Associates has been injured and damaged. Unless the foregoing alleged actions of Biologix are enjoined, Trade Associates will continue to suffer irreparable injury and damage.

## VIII.  JURY TRIAL DEMANDED

Trade Associates hereby demands a trial by jury on all claims and issues so triable.

## IX.   PRAYER FOR RELIEF

WHEREFORE, Trade Associates respectfully requests that this Court grant the following relief to Trade Associates:

A.   Enter judgment in favor of Trade Associates that Biologix has infringed,

either literally and/or under the doctrine of equivalents, the Trade Associates Patents;

B.    Enter a judgment and order, pursuant to 35 U.S.C. § 284, awarding to Trade Associates monetary relief in an amount adequate to compensate for Biologix's infringement of the Trade Associates Patents, in an amount to be determined at trial, but not less than a reasonable royalty, as well as pre- and post-judgment interest and costs;

C.    Enter a judgment and order finding that Biologix's infringement of the Trade Associates Patents is willful and the assessed damages for patent infringement are trebled;

D.    Enter a judgment and order finding that this is an exceptional case within the meaning of 35 U.S.C. § 285 and awarding Trade Associates its reasonable attorneys' fees;

E.    Enter a preliminary and permanent injunction against Biologix prohibiting Biologix from any further direct or indirect infringement of the Trade Associates Patents through making, using, offering to sell, selling, or importing the Infringing Sanding Blocks and any other product that infringes the Trade Associates Patents;

F.    Enter a judgment and order, pursuant to 15 U.S.C. § 1117, awarding to Trade Associates monetary relief in an amount adequate to compensate Trade Associates for the false designation of origin for the Infringing Sanding Blocks;

G.    Enter a preliminary and permanent injunction against Biologix prohibiting Biologix from the sale of the Infringing Sanding Blocks due to the products' false designation of origin;

H.    Enter an order that Biologix, Constar, Novatek, XUELIN LI, and any other XUELIN LI entity are jointly and severally liable;

I.    Enter an order awarding Trade Associates any and all other relief as the Court may deem appropriate and just under the circumstances.

Dated:  May 26, 2026

DORSEY & WHITNEY LLP


By: */s/Erin Kolter*
    Erin Kolter
    Attorneys for Plaintiff TRADE
    ASSOCIATES, INC.